**United States Bankruptcy Court**
**Eastern District of Louisiana**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **South Louisiana Ethanol, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **20-5148989** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **278 East Ravenna Road Belle Chasse, LA** ZIP CODE **70037** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Plaquemines** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **South Louisiana Ethanol, L.L.C.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X **Not Applicable**

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**South Louisiana Ethanol, L.L.C.**

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

**Signature of Attorney**

X
Signature of Attorney for Debtor(s)

**Emile L. Turner, Jr. Bar No. 12963**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Office of Emile L. Turner, Jr., LLC**
Firm Name

**424 Gravier Street New Orleans, LA 70130**

Address

**504-586-9120** **504-581-4962**
Telephone Number

August 25, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Kennett F. Stewart
Signature of Authorized Individual

**Kennett F. Stewart**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

August 25, 2009
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

United States Bankruptcy Court

Eastern District of Louisiana

In re:

**South Louisiana Ethanol, L.L.C.**

Case no:

Chapter 11

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

We, Kennett F. Stewart, John P. Paul, and William A. Hurst, declare under penalty of perjury that they are the Managers of South Louisiana Ethanol, L.L.C., a Louisiana Limited Liability Company, and that on August 24, 2009, the following resolution was duly adopted by all managers of this limited liability company:

"Whereas, it is in the best interest of this Limited Liability Company to file a Voluntary Petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that Kennett F. Stewart, Manager of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of this Limited Liability Company; and

**Be It Further Resolved**, that Kennett F. Stewart, Manager of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

**Be It Further Resolved**, that Kennett F. Stewart, Manager of this Limited Liability Company, is authorized and directed to employ Emile L. Turner, Jr. and Leo D. Congeni (of counsel), attorneys, and the law firm of Law Office of Emile L. Turner, Jr., LLC to represent the Limited Liability Company in such bankruptcy case."

Executed on:

August 24, 2009 — Kennett F. Stewart
KENNETT F. STEWART, Manager

August 24, 2009 — [signature]
JOHN P. PAUL, ~~Manager~~

August ____, 2009 — ______________________
WILLIAM A. HURST, Manager

United States Bankruptcy Court

Eastern District of Louisiana

In re:

**South Louisiana Ethanol, L.L.C.** Case no:

Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, Kennett F. Stewart, John P. Paul, and William A. Hurst, declare under penalty of perjury that they are the Managers of South Louisiana Ethanol, L.L.C., a Louisiana Limited Liability Company, and that on August 24, 2009, the following resolution was duly adopted by all managers of this limited liability company:

"Whereas, it is in the best interest of this Limited Liability Company to file a Voluntary Petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that Kennett F. Stewart, Manager of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of this Limited Liability Company; and

**Be It Further Resolved**, that Kennett F. Stewart, Manager of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

**Be It Further Resolved**, that Kennett F. Stewart, Manager of this Limited Liability Company, is authorized and directed to employ Emile L. Turner, Jr. and Leo D. Congeni (of counsel), attorneys, and the law firm of Law Office of Emile L. Turner, Jr., LLC to represent the Limited Liability Company in such bankruptcy case."

Executed on:

August 24, 2009 — Kennett F. Stewart
KENNETT F. STEWART, Manager

August ____, 2009 — ____________________
JOHN P. PAUL, Manager

August 24, 2009 — William A. Hurst
WILLIAM A. HURST, Manager

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: **South Louisiana Ethanol, L.L.C.**
Debtor

Case No. ____________

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: August 25, 2009

Signed: Kennett F. Stewart
**Kennett F. Stewart**

Signed: ____________
**Emile L. Turner, Jr.**
Attorney for Debtor(s)
Bar no.: **12963**
**Law Office of Emile L. Turner, Jr., LLC**
**424 Gravier Street**
**New Orleans, LA 70130**
Telephone No.: **504-586-9120**
Fax No.: **504-581-4962**
E-mail address:

AFFCO Credit Corporation
12160 Abrams Rd.
Suite 301-L.B. 51
Dallas, TX
75243-4587

Beaumont Machine Works, Inc.
11357 Beasley Drive
Lumberton, TX 77656

Benchmark Designs U.S.A.
2155 N. McCullen Road
Clearwater, FL 33759

C & C Bio-Treatment
Post Office Box 448
Branch, LA
70516-0448

Bourgeois Bennett, LLC
111 Veterans Blvd. 17th Floor
Post Office Box 60600
New Orleans, LA 70160-0600

Christianson & Associates
302 5th Street SW
Willmar, MN 56201

Colorwheel, Inc.
1839 Whitefeather Drive
Longmont, Colorado 80501

Concrete & Steel Erectors, LLC
Post Office Box 15946
Baton Rouge, LA 70895

Cooling Tower Depot, Inc.
651 Corporate Circle, Sutie 206
Golden, CO 80401

Correro Fishman Haygood
201 St. Charles Avenue, 46th Floor
New Orleans, LA
70170-4600

Daniel J. Caruso
Simon Peragine
1100 Poydras St, 30th Floor
New Orleans, LA 70163

Daniel K. Rester, Attorney
Adams & Reese
450 Laurel Street
Suite 1900
Baton Rouge, LA 70801

Darryl's Refrigeration
104 Jay Street,
Belle Chasse, LA 70037

DBL & Associates
P. O. Box 816
Sutherland, NE 69165-0816

Dell Financial
4307 Collection Center Drive
Chicago, IL 60693

Deubler Electric, Inc.
5143 River Road
Harahan, LA 70123

DMI, Inc.
8594 Highway 23
Belle Chasse, LA 70037

DMI, Inc. (Jeanfreau's Hardware)
Post Office Box 605
Belle Chasse, LA 70037

Eddie Palmer, LLC
11067 Worthington Avenue
Baton Rouge, LA 70815

Elkins, PLC
201 St. Charles Ave, Suite 4400
New Orleans, LA 70170

ENGlobal Automation Group, Inc.
654 North Sam Houston Parkway East
Suite 400
Houston, TX 77060

ENGlobal Construction Resources
654 North Sam Houston Parkway East
Suite 400
Houston, TX 77060

ENGlobal Engineering, Inc.
654 North Sam Houston Parkway East
Suite 400
Houston, TX 77060

Douglas Fontenelle
2129 Leslie Drive
Terrytown, LA 70056

Frilot Partridge, LLC
1100 Poydras Street, Suite 3600
New Orleans, LA 70163

Griner Drilling Services, Inc.
1014 Highway 98 ByPass
Columbia, MS 39429

Holland & Knight, LLP
P. O. Box 6864084
Orlando, FL 32886-4084

Industrial Pipe, Inc.
11266 Highway 23
Belle Chasse, LA 70037

Industrial Process Technology, Inc.
2213 7th Avenue N
Fargo, ND 58102

Infinity Engineering Consultants
P. O. Box 792745
New Orleans, LA 70179-2745

Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 21126
Philadelphia, PA
19114-0326

J & C Welding & Fabrication, Inc.
Post Office Box 908
Belle Chasse, LA 70037

Jack K. Whitehead, Jr., Atty
11909 Bricksome Avenue, Ste. W-3
Baton Rouge, LA 70816

John Driscoll
5200 Alphonse Court
Metairie, LA 70006

John Lynd
Adams Heald
3355 West Alabama, Suite 400
Houston, TX 77098

John Paul
9505 S. Lincoln Rd.
Gardner, Illinois 60424-6122

Joseph P. Anderson, Jr., Attorney
2217 Second Street
Slidell, LA 70458

Kennett F. Stewart
11266 Highway 23
Belle Chasse, LA 70037

KFS Investments, L.L.C.
12112 Highway 23
Belle Chasse, LA 70037

Kyte Centrifuge Sales & Consulting
1171 Lake Greenwood Drive
North Augusta, SC 29841-8688

Lemle & Kelleher, LLP
601 Poydras St., 21st floor
New Orleans, LA
70130-6097

Leon Duplessis & Sons
Post Office Box 184
Belle Chasse, LA 70037

Lion Chemical Laboratories
Florence-Darlington Industiral Park
P. O. Box 5989
Florence, SC 29502

Lobrano and Lobrano, LLC
P. O. Box 208
Belle Chasse, LA 70037

Waldemar S. Nelson
1200 St. Charles Ave.
New Orleans, LA 70130-4334

Office Depot
P. O. Box 689020
Des Moines, IA 50368-9020

P. Kirk Jones
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Precision Combustion Technology Inc
2712 S. Ruby Drive
Gonzales, LA 70737

Precision Combustion Technology, LLC
P. O. Box 19589
Houston, TX 77224

R. W. Beck
550 Cochituate Rd
Framingham, MA 01701-9344

RB Ethanol, LLC
P. O. Box 57009
Webster, TX 77598-7009

Riverside Metals, LLC
11266 Highway 23
Belle Chasse, LA 70037

Robert Grant, Atty
Post Office Box 484
Gretna, LA 70054

Sher Garner Cahill Richter Klein
& Hilbert
909 Poydras Street -Suite 2800
New Orleans, LA
70112-1033

Southwest Stainless, LP
8505 Monroe Road
Houston, TX 77061

The Steritech Group, Inc.
P. O. Box 472127
Charlotte, NC 28247-2127

Sulzer Chemtech USA
P. O. Box 849923
Dallas, TX 75284-9923

Trans Unlimited, LLC
d/b/a Capital Crane Rentals
Post Office Box 45750
Baton Rouge, LA 70895

Tri Consulting, LLC
George Andersen
10632 N. Sand Canyon Place
Oro Valley, AZ 85737

Wabash Power Equip Co
P.O.Box 427
Wheeling, Illinois
60090-0427

David Warner
Post Office Box 179
Hermitage, TN 37076

Water & Sewer Products, LLC
P. O. Box 9318
Bridge City, LA 70094

Whitney National Bank
228 St. Charles Avenue
New Orleans, LA 70130

Wholesale Elec Supp of Houston
404 Gulf Freeway
Houston, TX 77004-2599

William Hurst
8005 Constance
Lenexa, KS 66215