B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re South Louisiana Ethanol, L.L.C.,
Debtor

Case No. 09-12676

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sulzer Chemtech USA<br>P. O. Box 849923<br>Dallas, TX 75284-9923 | Sulzer Chemtech USA<br>Atty: Danny Rester<br>450 Laurel Street, Ste.1900<br>Baton Rouge, LA 70801<br>225-336-5200 | Vendor | DISPUTED | $227,836.30 |
| Precision Combustion Technology, LLC<br>P. O. Box 19589<br>Houston, TX 77224 | Precision Combustion Technology, LLC<br>P. O. Box 19589<br>Houston, TX 77224 | Vendor | DISPUTED | $169,286.00 |
| Kyte Centrifuge Sales & Consulting<br>1171 Lake Greenwood Drive<br>North Augusta, SC 29841-8688 | Kyte Centrifuge Sales & Consulting<br>1171 Lake Greenwood Drive<br>North Augusta, SC 29841-8688<br>803-279-4888 | Vendor | | $168,750.00 |
| Frilot Partridge, LLC<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163 | Frilot Partridge, LLC<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163<br>504-599-8000 | Attorneys' fees | | $147,086.24 |
| Colorwheel, Inc.<br>1839 Whitefeather Drive<br>Longmont, Colorado 80501 | Colorwheel, Inc.<br>Attn: Howard Wheeler<br>1839 Whitefeather Drive<br>Longmont, Colorado 80501 | Consultant | | $60,286.00 |
| AFFCO Credit Corporation<br>12160 Abrams Rd.<br>Suite 301-L.B. 51<br>Dallas, TX 75243-4587 | AFFCO Credit Corporation<br>12160 Abrams Rd.<br>Suite 301-L.B. 51<br>Dallas, TX 75243-4587 | Loan/insurance | | $58,957.50 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **South Louisiana Ethanol, L.L.C.**, Case No. _____
Debtor                                         Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wabash Power Equip Co<br>P.O.Box 427<br>Wheeling, Illinois<br>60090-0427 | Wabash Power Equip Co<br>P.O.Box 427<br>Wheeling, Illinois<br>60090-0427 | Vendor | DISPUTED | $55,500.00 |
| David Warner<br>Post Office Box 179<br>Hermitage, TN  37076 | David Warner<br>Post Office Box 179<br>Hermitage, TN  37076 | Consultant | | $50,725.00 |
| Lemle & Kelleher, LLP<br>601 Poydras St., 21st floor<br>New Orleans, LA<br>70130-6097 | Lemle & Kelleher, LLP<br>601 Poydras St., 21st floor<br>New Orleans, LA<br>70130-6097<br>504-586-1241 | Attorneys' fees | | $38,833.00 |
| Holland & Knight, LLP<br>P. O. Box 6864084<br>Orlando, FL  32886-4084 | Holland & Knight, LLP<br>P. O. Box 6864084<br>Orlando, FL  32886-4084<br>407-425-8500 | Attorneys' fees | DISPUTED | $36,776.75 |
| Christianson & Associates<br>302 5th Street  SW<br>Willmar, MN  56201 | Christianson & Associates<br>302 5th Street  SW<br>Willmar, MN  56201<br>888-852-5937 | CPA services | DISPUTED | $36,305.05 |
| Dell Financial<br>4307 Collection Center Drive<br>Chicago, IL  60693 | Dell Financial<br>4307 Collection Center Drive<br>Chicago, IL  60693 | Loan/computers | | $34,623.72 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **South Louisiana Ethanol, L.L.C.**, Case No. _____

Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Infinity Engineering Consultants<br>P. O. Box 792745<br>New Orleans, LA 70179-2745 | Infinity Engineering Consultants<br>P. O. Box 792745<br>New Orleans, LA 70179-2745 | Consultant | | $30,590.00 |
| Bourgeois Bennett, LLC<br>111 Veterans Blvd. 17th Floor<br>Post Office Box 60600<br>New Orleans, LA 70160-0600 | Bourgeois Bennett, LLC<br>111 Veterans Blvd. 17th Floor<br>Post Office Box 60600<br>New Orleans, LA 70160-0600<br>504.831.4949 | CPA services | | $28,350.00 |
| DBL & Associates<br>P. O. Box 816<br>Sutherland, NE 69165-0816 | BDL & Associates<br>Attn: David Lay<br>P. O. Box 816<br>Sutherland, NE 69165-0816 | Consultant | DISPUTED | $20,749.00 |
| Douglas Fontenelle<br>2129 Leslie Drive<br>Terrytown, LA 70056 | Douglas Fontenelle<br>2129 Leslie Drive<br>Terrytown, LA 70056 | Consultant | | $19,000.00 |
| Waldemar S. Nelson<br>1200 St. Charles Ave.<br>New Orleans, LA 70130-4334 | Waldemar S. Nelson<br>1200 St. Charles Ave.<br>New Orleans, LA 70130-4334 | Consultant | | $14,042.15 |
| John Driscoll<br>5200 Alphonse Court<br>Metairie, LA 70006 | John Driscoll<br>5200 Alphonse Court<br>Metairie, LA 70006 | Consultant | | $10,788.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  South Louisiana Ethanol, L.L.C.                              , Case No. _____
                        Debtor                                       Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Correro Fishman Haygood<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA<br>70170-4600 | Correro Fishman Haygood<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA<br>70170-4600<br>(504) 586-5252 | Attorneys' fees | | $7,407.26 |
| Leon Duplessis & Sons<br>Post Office Box 184<br>Belle Chasse, LA  70037 | Leon Duplessis & Sons<br>Post Office Box 184<br>Belle Chasse, LA  70037 | Vendor | | $6,342.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kennett F. Stewart, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  August 25, 2009                Signature:  /s/ Kennett F. Stewart

                                      Kennett F. Stewart , Manager
                                      (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.