UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 09-12676 |
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | SECTION "A" |
| | * | |
| Debtors. | * | CHAPTER 11 |

*******************************************

### BENCHMARK DESIGN USA, INC.'S MOTION TO LIFT STAY

Benchmark Design USA, Inc. (hereinafter "Benchmark") hereby moves this Honorable Court to lift the stay presently in place in this case for the limited purpose of allowing Benchmark to file an action to enforce its properly perfected lien, in accordance with the provisions of the Louisiana Private Works Act as set forth in La. R.S. 9:4801, *et seq*., and shows as follows:

I. **BACKGROUND**

On or about August 8, 2007, Benchmark and South Louisiana Ethanol ("SLE") entered into a contract wherein Benchmark was to recondition certain equipment for SLE to use in its refurbishment of an ethanol plant located in Plaquemines Parish, Louisiana. Benchmark performed in accordance with the terms of the contract and invoiced SLE periodically, up to and until October 14, 2008, for the work performed. SLE failed to pay its entire debt owed to Benchmark. Consequently, on February 13, 2009, Benchmark properly recorded a lien in the amount of $1,928,632.03 on SLE's property in Plaquemines Parish. In order to preserve its privilege, Benchmark now asks this Honorable Court to lift the bankruptcy stay so that it may institute an action to enforce its claim in accordance with the relevant provisions of the Louisiana Private Works Act.

## II. LAW AND ARGUMENT

On February 19, 2009, Benchmark properly recorded a lien in the amount of $1,928,632.03 on SLE's property located in Plaquemine Parish, Louisiana. In order to preserve its privilege, Benchmark seeks to institute an action to enforce its claim in accordance with the provisions of La. R.S. 9:4823(A)(2). Specifically, La. R.S. 9:4823(A) provides that a privilege given by La. R.S. 9:4801 is extinguished if: (1) the claimant or holder does not preserve it as required by 9:4822; or (2) the claimant or holder of the privilege does not institute an action against the owner for the enforcement of the claim or privilege within one year after the expiration of the time given by 9:4822 for filing the statement of claim or privilege to preserve it; or (3) the obligation which it secures is extinguished.

In this case, Benchmark seeks to institute an action against SLE to enforce its privilege so that it is not extinguished by operation of law. "Timely filing of a statement of claim followed by timely filing of suit… preserves the claim."[1] Accordingly, Benchmark asks this Honorable Court to lift the stay currently in place in this matter for the limited purpose of filing an action to enforce Benchmark's claim.

## III. CONCLUSION

Benchmark currently has a lien on SLE's property in Plaquemines Parish, Louisiana in the amount of $1,928,632.03, to which it is entitled under the terms of a contractual agreement between Benchmark and SLE. In order to preserve its lien, the Louisiana Private Works Act mandates that Benchmark file an action to enforce its claim within one year of the filing of the lien. Because the automatic stay imposed by the instant bankruptcy action would otherwise prevent Benchmark from filing the required lien enforcement action, Benchmark seeks an Order

---

[1] Hershell Corp. v. Fireman's Fund Ins. Co., 98-1352, p. 5 (La. App. 3 Cir. 6/2/99); 743 So.2d 698, 701.

lifting the stay so that it may maintain its lien by complying with the relevant provisions of the Louisiana Private Works Act.

    WHEREFORE, Defendant Benchmark Design USA, Inc. asks that the stay in this case be lifted for limited purpose of allowing it to filing an action to enforce its lien claims against SLE.

Dated:  January 8, 2010

    Respectfully submitted,

    **COTTEN SCHMIDT & ABBOTT, L.L.P.**

By:    __/s/ Byron D. Kitchens_____
    LAWRENCE E. ABBOTT (#2276)
    larry-abbott@csa-lawfirm.com
    BYRON D. KITCHENS (#25129)
    bkitchens@csa-lawfirm.com
    400 Lafayette Street, Suite 200
    New Orleans, Louisiana 70130
    Telephone:  (504) 568-9393
    Facsimile:  (504) 524-1933

    **ATTORNEYS FOR CREDITOR
BENCHMARK DESIGN USA, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Emile L. Turner, Jr. | eltjr01@bellsouth.net |
| Philip K. Jones, Jr. | pkjones@liskow.com |
| Dena L. Olivier | dolivier@liskow.com |
| Carey L. Menasco | clmenasco@liskow.com |
| John M. Landis | jlandis@stonepigman.com |
| Beth F. Mullin | bmullin@spsr-law.com |
| Kent M. Adams | kentadams@adamsheald.com |
| John W. Lynd | johnlynd@adamsheald.com |
| Patrick Johnson, Jr. | pjohnson@lemle.com |
| Wesley M. Plaisance | wplaisance@lemle.com |
| Jack K. Whitehead, Jr. | jwhitehead@whitehead-law.com |
| John-Ed L. Bishop | jbishop@whitehead-law.com |

I hereby certify that on the 8th day of January, 2010, I mailed the document and a copy of the Notice of Electronic Filing (NEF) by U.S. Mail to the following:

Office of the U.S. Trustee
Eastern District of Louisiana
Texaco Center
400 Poydras Street – Suite 2110
New Orleans, LA 70130
r.michael.bolen@usdoj.gov

                                                    ____/s/ Byron D. Kitchens_____
                                                    BYRON D. KITCHENS