# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: South Louisiana Ethanol

CASE NUMBER: 09-12676   For Period Jan 1, 2010 to Jan 31, 20 09

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (✓) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (✓) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (✓) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (✓) | ( ) | Supporting Schedules (FORM 2-E) |
| (✓) | ( ) | Narrative (FORM 2-F) |
| (✓) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 2/11/2010
(date)

Debtor(s)*: South Louisiana Ethanol

By:** Kennett Stewart

Position: Manager

Name of preparer: _____

Telephone No. of Preparer: (504) 656 2257

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: South Louisiana Ethanol

CASE NUMBER: 09-12 ___

COMPARATIVE BALANCE SHEET

## ASSETS:

### CURRENT ASSETS:

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 8/25/09 | 9/1/09 | 9/30/09 | 10/31/09 | 11/30/09 | 12/31/09 | |
| Cash | 2730.00 | 4510.00 | 653.51 | 691.33 | 2056.66 | 2650.04 | |
| Accounts Receivable, Net | — | — | — | — | — | — | |
| Inventory, at lower of cost or market | — | — | — | — | — | — | |
| Prepaid expenses & deposits | 1123.00 | 1123.00 | 1123.00 | 1123.00 | 1123.00 | 1123.00 | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | 4053.00 | 5693.00 | 1776.51 | 1814.33 | 3179.66 | 3773.04 | |
| PROPERTY, PLANT & EQUIPMENT | 33,300,000 | 33,300,000 | 33,300,000 | 33,300,000 | 33,300,000 | 33,300,000 | |
| Less accumulated depreciation | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | |
| **NET PROPERTY, PLANT & EQUIPMENT** | 33,307,500 | 33,307,500 | 33,307,500 | 33,307,500 | 33,307,500 | 33,307,500 | |
| OTHER ASSETS: 50's in CH5 SLE Counter Claim - Bench Mark | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | |
| | ? | ? | ? | ? | ? | ? | |
| **TOTAL OTHER ASSETS** | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | 130,000.00 | |
| **TOTAL ASSETS** | 33,441,553.00 | 33,441,193.00 | 33,439,276.51 | 33,439,314.33 | 33,440,679.66 | 33,441,273.04 | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

CASE NAME: South Louisiana Ethanol

CASE NUMBER: 09-12-2-?

## MONTHLY BALANCE SHEET

| | Filing Date 1/31/2010 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | |
| **CURRENT ASSETS:** | | | | | | |
| Cash | 650.31 | | | | | |
| Accounts Receivable, Net | — | | | | | |
| Inventory, at lower of cost or market | — | | | | | |
| Prepaid expenses & deposits | 123.00 | | | | | |
| Other | | | | | | |
| | | | | | | |
| TOTAL CURRENT ASSETS | 773.31 | | | | | |
| PROPERTY, PLANT & EQUIPMENT | 8,300,000.00 / 7,500.00 | | | | | |
| Less accumulated depreciation | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 33,307,600.00 | | | | | |
| OTHER ASSETS: | | | | | | |
| 500's in CWS SLE | 130,000.00 | | | | | |
| Counter Claim - Benet Mark | ? | | | | | |
| TOTAL OTHER ASSETS | 130,000.00 | | | | | |
| TOTAL ASSETS | 33,439,273.31 | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

CASE NAME: South Louisiana Ethanol

CASE NUMBER: 09-12676

**LIABILITIES:**

| | Filing Date 8/25/09 | Month 9/30/09 | Month 10/31/09 | Month 11/30/09 | Month 12/31/09 | Month 1/31/10 | Month |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3) | — | — | — | — | — | — | |
| Accounts payable (Form 2-E, pg.1 of 3) | — | — | — | — | — | — | |
| Other: | — | — | — | 3600.00 | 3600.00 | — | |
| **TOTAL POST-PETITION LIABILITIES** | — | — | — | 3600.00 | 3600.00 | — | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable – secured | 37,444,939.83 | 37,444,939.83 | 37,444,939.83 | 37,444,939.83 | 37,444,939.83 | 37,444,939.83 | |
| Priority debt | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | |
| Unsecured debt | 2,354,208.78 | 2,354,208.78 | 2,354,208.78 | 2,354,208.78 | 2,354,208.78 | 2,354,208.78 | |
| Other | — | — | — | 46,812,148.61 | 46,812,148.61 | 46,812,148.61 | |
| **TOTAL LIABILITIES** | — | — | — | | | | |
| **EQUITY (DEFICIT)** | (1,370,555.6W) | (1,370,555.6W) | (1,372,972.10) | (1,372,834.28) | (1,374,737.95) | (1,373,260.57) | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date | | | | | | | |
| Post filing date | | | | | | | |
| **TOTAL EQUITY (NET WORTH)** | (1,370,555.6W) | (1,370,555.6W) | (1,372,972.10) | (1,372,834.28) | (1,374,737.95) | (1,373,260.57) | |
| **TOTAL LIABILITIES & EQUITY** | 33,441,553.00 | 33,441,593.00 | 33,439,216.51 | 33,443,314.33 | 33,441,440.65 | 33,438,888.04 | |

CASE NAME: South Louisiana Ethanol

CASE NUMBER: 09-12601

COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 1/31/2010 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | |
| Taxes payable (Form 2-E, pg 1 of 3) | — | | | | | |
| Accounts payable (Form 2-E, pg 1 of 3) | 8,000.00 | | | | | |
| Other | — | | | | | |
| TOTAL POST-PETITION LIABILITIES | 8,000.00 | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | |
| Notes payable - secured | 37,444,737.83 | | | | | |
| Priority debt | 13,000.00 | | | | | |
| Unsecured debt | 9,384,208.73 | | | | | |
| Other | — | | | | | |
| TOTAL LIABILITIES | 44,841,946.6 *| | | | | |
| EQUITY (DEFICIT) | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | (11,394,436.80) | | | | | |
| RETAINED EARNINGS: | | | | | | |
| Pre-pen filing date | | | | | | |
| Post filing date | | | | | | |
| TOTAL EQUITY (NET WORTH) | | | | | | |
| TOTAL LIABILITIES & EQUITY | 33,439,203.31 | | | | | |

CASE NAME: South Louisiana Ethanol

## PROFIT AND LOSS STATEMENT

| | Month 9/30/05 | Month 7/30/09 | Month 10/31/05 | Month 11/30/09 | Month 12/31/09 | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | 0 | 0 | 0 | 0 | 0 | |
| COST OF GOODS SOLD: | | | | | | |
| Material | 0 | 0 | 0 | 0 | 0 | |
| Labor - Direct | 0 | 0 | 0 | 0 | 0 | |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | 0 | |
| TOTAL COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 | |
| GROSS PROFIT | 0 | 0 | 0 | 0 | 0 | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | 0 | 0 | 0 | 0 | 0 | |
| General and Administrative (rents, utilities, salaries, etc.) | (360.02) | 0 | 0 | 0 | 0 | |
| Other: Insurance Premium Payment | 0 | (2434.95) | (2220.98) | (593.47) | (660.42) | |
| TOTAL OPERATING EXPENSES | 0 | (1099.00) | (114.20) | (114.20) | (114.20) | |
| INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 | |
| INCOME BEFORE DEPRECIATION OR TAXES | 0 | 0 | 0 | 0 | 0 | |
| DEPRECIATION OR AMORTIZATION | 0 | 0 | 0 | 0 | 0 | |
| EXTRAORDINARY EXPENSES * | 0 | 0 | 0 | 0 | 0 | |
| INCOME TAX EXPENSE (BENEFIT) | 0 | 0 | 0 | 0 | 0 | |
| NET INCOME (LOSS) | (360.02) | (4434.95) | (3332.18) | (707.67) | (801.62) | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/08

CASE NAME: South Louisiana Ell_____
CASE NUMBER: 09-11616

PROFIT AND LOSS STATEMENT

| | Month 1/31/2010 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| NET REVENUE | 0 | | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material | 0 | | | | | |
| Labor - Direct | 0 | | | | | |
| Manufacturing Overhead | 0 | | | | | |
| TOTAL COST OF GOODS SOLD | 0 | | | | | |
| GROSS PROFIT | 0 | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing | 0 | | | | | |
| General and Administrative (rents, utilities, salaries, etc.) | (43.54) | | | | | |
| Other _Insurance Premium_ | (141.20) | | | | | |
| TOTAL OPERATING EXPENSES | (614.74) | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES | 0 | | | | | |
| INTEREST EXPENSE | 0 | | | | | |
| DEPRECIATION OR AMORTIZATION | 0 | | | | | |
| EXTRAORDINARY EXPENSES* | 0 | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | 0 | | | | | |
| NET INCOME (LOSS) | (614.74) | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME: South Louisiana Ethanol    CASE NUMBER: 09-12676

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period 1/1/2010 to 1/31/2010

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance from last month's report)     $ 265.04

2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's)

3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's)     $ 2000.00
   $( 1614.74 )

4. Net Cash Flow     $ (1614.74)

5. Ending Cash Balance (to FORM 2-B)     $ 650.31

### CASH SUMMARY ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ 650.31 | WNB |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |

TOTAL (must agree with line 5 above)    $

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid    $ 1614.74 *

NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4
1/08

CASE NAME: South Louisiana Ethanol    CASE NUMBER: 09-12676

## QUARTERLY FEE SUMMARY

MONTH ENDED Jan 31, 2010

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 1614.74 | | | |
| February | $ | | | |
| March | $ | | | |
| Total 1st Quarter | $ | $ | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

ote that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtors in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: South Louisiana Ethanol LLC
CASE NUMBER: 09-12676

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period Jan 1, to Jan 31, 2009

Account Name: South Louisiana Ethanol LLC     Account Number: -3330 #

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 1/7/2010 | KFS Investments | $2,000.00 |

Total Cash Receipts    $ 2,000.00

FORM 2-D
Page 3 of 4
1/08

CASE NAME: South Louisiana Ethanol LLC
CASE NUMBER: 09-12676

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _____ to _____, 20 09

Account Name: South Louisiana Ethanol   Account Number: 3330 #

## CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|
| 1/7/2010 | Debit | Entergy | Utility | 450.09 |
|  |  | Entergy | " | 11.45 |
|  | #1023 | Gagan Ins | INS | 1141.20 |
|  | Debit | WNB | SC | 12.00 |

Total Cash Disbursements  $ 1614.74

*Identify any payments to professionals, owners, partners, shareholders, officers, directors or any insiders and all adequate protection payments ordered by the court with an asterisk or highlighting. Any payments made as a result of a court order, should indicate the order date.

CASE NAME: South Louisiana Ethanol   CASE NUMBER: 09-12676

SUPPORTING SCHEDULES

For Period Jan 1 to Jan 31, 2010

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | 0 | 0 | $ | $ | $ | $ |
| FICA | 0 | 0 | | | | |
| FUTA | 0 | 0 | | | | |
| SITW | 0 | 0 | | | | |
| SUTA | 0 | 0 | | | | |
| OTHER TAX | 0 | 0 | | | | |
| TRADE PAYABLES | 2,000.00 | 2,000.00 | | 3500.00 | 3000.00 | 27500.00 |
| | | | | | | |
| OTHER | | | | | | |
| TOTALS | 2,000.00 | 2,000.00 | $ | $3500.00 | $3000.00 | $3500.00 |

FORM 2-E
Page 1 of 3
1/01

CASE NAME: South Louisiana Ethanol   CASE NUMBER: 09-12676

For Period Jan 1 to Jan 31, 2010

SUPPORTING SCHEDULES

## ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

FORM 2-E
Page 5 of 3
1/08

CASE NAME: South Louisiana Ethanol   CASE NUMBER: 09-12676

SUPPORTING SCHEDULES

For Period Jan 1 to Jan 31, 2009

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | | | | |
| General Liability | Eagan Ins | $/m | 9/2010 | Yes |
| Property (Fire, Theft) | Eagan Ins | $/m | 7/2010 | Yes |
| Vehicle | | | | |
| Other (list): | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-P, Narrative.

FORM 3-I
Page 3 of 4
10

CASE NAME: South Louisiana Ethanol, L.L.C.  CASE NO. 09-12676
TYPE OF BUSINESS: ethanol plant

NARRATIVE
For Period January 1, 2010 to January 31, 2010

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

---

Debtor's Schedules and Statement of Financial Affairs were filed September 10, 2009. On September 10, 2009, Debtor attended the initial debtor conference and on October 2, 2009, attended its §341 meeting of creditors.

Pleadings seeking approval of post-petition financing for maintenance expenses and professional fees during the administration of this Chapter 11, as well as pleadings seeking approval of a premium finance agreement in connection with Debtor's insurance have been approved by the Court.

On September 10, 2009, an adversary proceeding was filed to determine the validity, rank, and extent of alleged secured creditors. The defendants have been served and several Answers and Counter-Claims have been filed. Clerk's Defaults have been entered against all defendants who have not filed a response to the Complaint. Rule 26 Disclosures have been filed and deadlines set for discovery and identification of experts. Presently, depositions are scheduled to be taken in New Orleans, Baton Rouge, and Houston in February and March. A pretrial conference is set for March 15, 2010.

Lastly, Debtor filed a motion for extension of its exclusivity period, which motion was heard on January 12, 2010, and continued by the Court until February 23, 2010.

Form 2-F
1/08



# WHITNEY

STATEMENT PERIOD
Jan 01, 2010
Jan 31, 2010

```
2    15              138 E 0    2    3
SOUTH LOUISIANA ETHANOL LLC
DEBTOR IN POSSESSION
CASE #09-12676
11266 HIGHWAY 23
BELLE CHASSE LA  70037-4306
```

                                                01          3-330

                                                      Page   1 of 2

## WHITNEY EDGE SUMMARY

Balances as of Jan 31, 2010

| | | | |
|---|---|---|---|
| BUSINESS EDGE CHK & SV I | 3-330 | | 650.31 |
| | TOTAL DEPOSIT ACCOUNTS | | 650.31 |

BUSINESS EDGE CHK & SV I
     3-330        SOUTH LOUISIANA ETHANOL LLC
                  DEBTOR IN POSSESSION
                  CASE #09-12676

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 903.97 | 1 | 2,000.00 | 5 | 2,253.66 | 650.31 |

| # OF ITEMS PROCESSED | MINIMUM BALANCE | AVG COLLECTED BALANCE |
|---|---|---|
| 6 | 265 | 687 |

### Credits

| Date | Amount | Description |
|---|---|---|
| Jan 07 | 2,000.00 | REGULAR DEPOSIT |

### Checks Paid

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| Jan 06 | 1022 | 638.92 | Jan 12 | 1023 | 1,141.20 |

### Other Debits

| Date | Amount | Description | | |
|---|---|---|---|---|
| Jan 08 | 450.09 | ACH DEBIT Entergy Services | Bill Pay | |
| Jan 08 | 11.45 | ACH DEBIT Entergy Services | Bill Pay | |
| Jan 29 | 12.00 | Service Charge | | |

Visit us at whitneybank.com