UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
MAGNER, J.
FEBRUARY 12, 2010

| | |
|---|---|
| IN RE | **BANKRUPTCY NO.** |
| **SOUTH LOUISIANA ETHANOL, L.L.C.** | 09-12676 |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 11 |

    Hearing on the First Amended Motion for Relief from Stay filed by Benchmark Design USA, Inc. was held on the 9th day of February, 2010.

    Present at the hearing:

    Nancy Brecktel, on behalf of Byron D. Kitchens, Counsel for Benchmark Design USA, Inc.;
    Leo D. Congeni, Counsel for Debtor

    Opposition to Motion having been filed by Counsel for Debtor;

    The Court having considered the merits of the Motion, the Opposition thereto, and the arguments of counsel;

    **IT IS ORDERED** that the Motion for Relief from Stay filed by Benchmark Design USA, Inc. is **DENIED** as it is not necessary for the claimant to institute a suit in order to preserve a lien it may have obtained pre-petition.

    New Orleans, Louisiana, February 22, 2010.

                                                      Hon. Elizabeth W. Magner
                                                      U.S. Bankruptcy Judge