UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 09-12676 |
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | SECTION "A" |
| | * | |
| Debtors. | * | CHAPTER 11 |
| ****************************************** | | |
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | |
| *Plaintiff* | * | |
| | * | Adversary No.: 09-01119 |
| VERSUS | * | |
| | * | |
| WHITNEY NATIONAL BANK, ET AL. | * | |
| | * | |
| ****************************************** | | |

## **BENCHMARK DESIGN USA, INC.'S COUNSEL'S MOTION TO WITHDRAW**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES Lawrence E. Abbott, Byron D. Kitchens, Michael Kivort and Nancy Brechtel ("the Attorneys"), counsel for Defendant, Benchmark Design USA, Inc. ("Benchmark"), in the above-entitled litigation, and move this Honorable Court for an Order allowing the Attorneys and their firm to withdraw forthwith as counsel for Benchmark in both the original Chapter 11 bankruptcy proceeding and in the concurrent adversary proceeding pursuant to Local Bankruptcy Rule 2091-1 and for the reasons more fully set forth in the simultaneously filed Memorandum in Support.

WHEREFORE, Lawrence E. Abbott, Byron D. Kitchens, Michael Kivort, Nancy Brechtel and their Firm, Cotten Schmidt & Abbott, L.L.P., counsel for Defendant Benchmark Design USA, Inc., pray that this Honorable Court enter an Order that Lawrence E. Abbott, Byron D. Kitchens, Michael Kivort and Nancy Brechtel and the

firm of Cotten Schmidt & Abbott, L.L.P. be permitted to withdraw as counsel of record for Benchmark Design USA, Inc.

Dated:  May 17, 2010

Respectfully submitted,

**COTTEN SCHMIDT & ABBOTT, L.L.P.**

By:__/s/ Byron D. Kitchens_____
LAWRENCE E. ABBOTT (#2276)
larry-abbott@csa-lawfirm.com
BYRON D. KITCHENS (#25129)
bkitchens@csa-lawfirm.com
MICHAEL B. KIVORT (TX # 00787843)
mkivort@csa-lawfirm.com
NANCY A. BRECHTEL (LA #27974)
nbrechtel@csa-lawfirm.com
650 Poydras Street, Suite 2810
New Orleans, Louisiana 70130
Telephone:  (504) 568-9393
Facsimile:  (504) 524-1933

**ATTORNEYS FOR DEFENDANT
BENCHMARK DESIGN USA, INC.**