UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 09-12676 |
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | SECTION "A" |
| | * | |
| Debtors. | * | CHAPTER 11 |
| ****************************************** | | |
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | |
| *Plaintiff* | * | |
| | * | Adversary No.: 09-01119 |
| VERSUS | * | |
| | * | |
| WHITNEY NATIONAL BANK, ET AL. | * | |
| | * | |
| ****************************************** | | |

**MEMORANDUM IN SUPPORT OF
<u>BENCHMARK DESIGN USA, INC.'S COUNSEL'S MOTION TO WITHDRAW</u>**

**MAY IT PLEASE THE COURT:**

Lawrence E. Abbott, Byron D. Kitchens, Michael Kivort and Nancy Brechtel ("the Attorneys") have each made appearances as counsel for Defendant, Benchmark Design USA, Inc. ("Benchmark"), in the above-entitled Chapter 11 bankruptcy proceeding and the concurrent adversary proceeding.

Since retention, the Attorneys have performed legal services for Benchmark, services which continue to-date. However, despite monthly billings, Benchmark has failed to pay for the legal services and expenses incurred, resulting in a significant account delinquency. Further representation would result in an unreasonable financial burden on the Attorneys and their firm.

Despite best and repeated efforts by the Attorneys, no agreement has been reached regarding the timely re-payment of these outstanding fees and expenses, nor as to expected fees and expenses going forward. The Attorneys therefore request that the Court allow them to withdraw as counsel for Benchmark in both the Chapter 11 proceeding and the concurrent adversary proceeding.

To accomplish withdrawal without material adverse effect, the Attorneys have provided Benchmark with a current calendar, providing all present deadlines, dates of all scheduled depositions, and all hearing dates, including those within the Court's scheduling Order. The Attorneys have explained the appropriate delays to respond to pending pleadings and discovery requests, and encouraged Benchmark to retain alternate counsel. There is presently adequate opportunity for Benchmark to retain alternate counsel to continue the preservation of its interests in these proceedings. Finally, pending execution by this Court of the Order of Withdrawal, the Attorneys will continue to participate in this matter to preserve the interests of Benchmark.

Benchmark Design USA, Inc.'s present address is 2155 North McMullen Booth Road, Clearwater, Florida 33759. Its current telephone number is (727) 669-7036. The Attorneys have notified Benchmark in writing of all known court-ordered and other filing deadlines and court dates, receipt of which has been acknowledged. Further, pursuant to the Certificate of Service appended to the Motion to Withdraw, the Attorneys certify that copies of the Motion and this Memorandum in Support have been served on Benchmark, counsel for the debtor, and counsel for all other known parties to this action.

**WHEREFORE,** Lawrence E. Abbott, Byron D. Kitchens, Michael Kivort and Nancy Brechtel, and the firm of Cotten Schmidt & Abbott, LLP, counsel for Defendant

Benchmark Design USA, Inc., pray that this Honorable Court enter an Order permitting the attorneys and firm to withdraw as counsel of record for Benchmark Design USA, Inc.

**Dated:** May 17, 2010

Respectfully submitted,

**COTTEN SCHMIDT & ABBOTT, L.L.P.**


By:   /s/ Byron D. Kitchens
LAWRENCE E. ABBOTT (LA #2276)
larry-abbott@csa-lawfirm.com
BYRON D. KITCHENS (LA #25129)
bkitchens@csa-lawfirm.com
MICHAEL B. KIVORT (TX # 00787843)
mkivort@csa-lawfirm.com
NANCY A. BRECHTEL (LA #27974)
nbrechtel@csa-lawfirm.com
650 Poydras Street, Suite 2810
New Orleans, Louisiana 70130
Telephone:  (504) 568-9393
Facsimile:  (504) 524-1933

**ATTORNEYS FOR DEFENDANT BENCHMARK DESIGN USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel of record via electronic mail and Certified Mail on this 17th day of May 2010:

| | | |
|---|---|---|
| Samera L. Abide<br>P. O. Box 3616<br>Baton Rouge, LA  70821 | Kent M. Adams<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>3355 West Alabama, Suite 400<br>Houston, TX  77098 | Brandon A. Brown<br>Stewart Robbins & Brown<br>247 Florida Street<br>P. O. Box 66498<br>Baton Rouge, LA  70896-6498 |
| Leo D. Congeni<br>424 Gravier Street<br>New Orleans, LA  70130 | Robert W. Fenet<br>Fenet Law Firm<br>7916 Wrenwood Blvd.<br>Suite F<br>Baton Rouge, LA  70809 | Allen Harvey<br>Seale & Ross<br>130 College Drive<br>Hammond, LA  70401 |
| Phillip Kirkpatrick Jones, Jr.<br>Liskow & Lewis<br>701 Poydras, Suite 5000<br>New Orleans, LA  70139-5099 | John M. Landis<br>546 Carondelet Street<br>New Orleans, LA  70130 | John W. Lynd<br>Lewis Bisboe<br>3355 West Alabama<br>Suite 400<br>Houston, TX  77098 |
| Betty F. Mullin<br>1100 Poydras Street<br>30th Floor, Energy Centre<br>New Orleans, LA  70163-3000 | Dena L. Olivier<br>Liskow & Lewis<br>701 Poydras, Suite 5000<br>New Orleans, LA  70139 | William S. Robbins<br>Stewart Robbins LLC<br>P. O. Box 66498<br>Baton Rouge, LA  70896-6498 |
| Emile L. Turner, Jr.<br>424 Gravier Street<br>New Orleans, LA  70130 | Jack K. Whitehead, Jr.<br>11909 Bricksome Ave.<br>Suite W-3<br>Baton Rouge, LA  70816 | |

    /s/ Byron D. Kitchens
**BYRON D. KITCHENS**

    I hereby certify that a true and correct copy of the foregoing document was served on the following corporations via Certified Mail on this 17th day of May 2010:

| | | |
|---|---|---|
| Beaumont Machine Works<br>203 Carondelet St., Ste. 811<br>New Orleans, LA 70130 | Benchmark Design USA Inc.<br>2155 N. McMullen Booth Rd<br>Clearwater, FL 33759 | Cooling Tower Depot, Inc.<br>5615 Corporate Blvd.<br>Suite 400B<br>Baton Rouge, LA 70808 |
| DMI, Inc.<br>8594 Highway 23<br>Belle Chasse, LA 70808 | ENGlobal Automation Group<br>654 N. Sam Houston Pkwy E<br>Suite 400<br>Houston, TX | Eddie Palmer, LLC<br>11067 Worthington Ave.<br>Baton Rouge, LA |
| Precision Combustion Tech<br>40116 Pelican Point Parkway<br>Gonzales, LA | RB Ethanol, LLC<br>318 Main St., Suite G<br>Spring, TX | South Louisiana Ethanol<br>11266 Highway 23<br>Belle Chasse, LA 70037 |
| Southwest Stainless, L.P.<br>1100 Poydras St., Ste. 2900<br>New Orleans, LA 70163 | Wholesale Electronic Supply Company of Houston, Inc.<br>3210 East Napoleon<br>Sulphur, LA 70663 | |

                    /s/ Byron D. Kitchens
                    **BYRON D. KITCHENS**

    I hereby certify that a true and correct copy of the foregoing document was served on the Office of the U.S. Trustee via Certified Mail on this 17th day of May 2010:

Office of the U.S. Trustee
Eastern District of Louisiana
Texaco Center
400 Poydras Street – Suite 2110
New Orleans, LA 70130
r.michael.bolen@usdoj.gov           /s/ Byron D. Kitchens
                    **BYRON D. KITCHENS**