# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN THE MATTER OF:** | * | **CASE NO. 09-12676** |
| | * | |
| **SOUTH LOUISIANA ETHANOL, L.L.C.** | * | **SECTION "A"** |
| | * | |
| *Debtors.* | * | **CHAPTER 11** |
| ****************************************** | | |
| | * | |
| **SOUTH LOUISIANA ETHANOL, L.L.C.** | * | |
| *Plaintiff* | * | |
| | * | **Adversary No.: 09-01119** |
| **VERSUS** | * | |
| | * | |
| **WHITNEY NATIONAL BANK, ET AL.** | * | |
| *Defendants* | * | |
| ****************************************** | | |

## O R D E R

Hearing on **Benchmark Design USA, Inc.'s Counsel's Motion to Withdraw as Counsel of Record** was held on the 8th day of June, 2010.

Present at the hearing were:

Nancy A. Brechtel, Counsel for Benchmark Design USA, Inc.;
Richard Walsh, Vice President for Benchmark Design USA, Inc.;
Emile L. Turner, Jr., Counsel for South Louisiana Ethanol, L.L.C.;
Betty Mullin, Counsel for ENGlobal Construction Resources, Inc. and ENGlobal Engineering, Inc.;

Philip K. Jones, Jr., Counsel for Whitney National Bank; and
Jack K. Whitehead, Jr., Counsel for Industrial Process Technology, Inc.

The Court having considered the merits of the Motion, the arguments of the parties, and no objection having been filed;

**IT IS HEREBY ORDERED THAT,** the Motion is **GRANTED** and Lawrence E. Abbott, Byron D. Kitchens, Michael Kivort and Nancy Brechtel, and the firm of Cotten Schmidt

& Abbott, LLP, counsel for Defendant Benchmark Design USA, Inc., are **withdrawn as counsel of record for Benchmark Design USA, Inc.**.

**IT IS FURTHER ORDERED** that all future pleadings, notices, and correspondence in this matter be directed to David R. Walker, 2155 N. McMullen Booth Road, Clearwater, Florida 33759.

New Orleans, Louisiana, June 14, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge